IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

RICHARD EARL KERNS, JR. #L3737                          PETITIONER

VS.                            CIVIL ACTION NO. 5:06-cv-85(DCB)(MTP)

WARDEN JACQUELN BANKS, ET AL.                           RESPONDENTS

## FINAL JUDGMENT

This matter having come on to be heard on the Report and Recommendation of Magistrate Judge Michael T. Parker and the Petitioner's objections thereto; and after a full review of the record having entered an Order adopting the Report and Recommendation in its entirety, the Court now grants final judgment in favor of the Respondents and against the Petitioner in this cause.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 26th day of June, 2009.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE